STATE of Missouri, Respondent,

v.

Timothy JACOBS, Appellant.

WD 77931

Missouri Court of Appeals,
Western District.

ORDER FILED: October 27, 2015

Chris Koster, Attorney General, Shaun
J. Mackelprang, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Margaret M. Johnston, Assistant Public
Defender, Columbia, MO, Attorney for Appellant.

Before Division II: Mark D. Pfeiffer,
Presiding Judge, and Lisa White
Hardwick and James Edward Welsh,
Judges

### Order

Per Curiam:

Timothy R. Jacobs appeals the judgment
of the Circuit Court of Cole County, Missouri, finding him guilty of one count of
committing violence against an employee
of the department of corrections,

§ 217.385, RSMo 2010. Because a published opinion would have no precedential value, we have instead provided a separate memorandum of law to the parties explaining our ruling. The judgment is affirmed. Rule 30.25(b).